UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROSA DE JESUS GUTIERREZ ,

Petitioner,

v. Case No. 3:26-cv-1921-MMH-SJH

SHERIFF RICK STALY, et al.,

Respondents.

**ORDER**

Petitioner Rosa Estela De Jesus Gutierrez, an immigration detainee, is proceeding on a pro se Petition for Writ of Habeas Corpus (Doc. 1). De Jesus Gutierrez is a citizen of Guatemala, but she "has resided continuously in Brevard County, Florida since at least February 2014." Id. at 2. United States Immigration and Customs Enforcement detained De Jesus Gutierrez on July 9, 2026. Id. at 3. De Jesus Gutierrez challenges her immigration detention and seeks an individualized bond hearing. See id. at 5–7.

The Federal Respondent filed a Response (Doc. 6) asserting that it is now detaining De Jesus Gonzalez under 8 U.S.C. § 1226(a), and conceding that to the extent she seeks an individualized bond hearing, the Court should grant the Petition based on the Eleventh Circuit Court of Appeals' recent decision in Hernandez Alvarez v. Warden, Federal Detention Center Miami, 175 F.4th

1258 (11th Cir. 2026) (concluding that "§ 1225 applies to arriving aliens seeking entry at the border, whereas § 1226 applies to aliens unlawfully in the interior").

When De Jesus Gutierrez was detained in July 2026, she was not seeking entry at the border; therefore, as the Federal Respondent now concedes, she is not subject to § 1225 and instead is detained under § 1226. See id. at 1285 (recognizing the "longstanding border-interior distinction" for purposes of immigration detention that Congress preserved in the Immigration and Nationality Act). Accordingly, it is

**ORDERED**:

1. De Jesus Gutierrez's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED** as to her claim that her detention without an individualized bond hearing violates the Immigration and Nationality Act.[1] Within **seven days** of this Order, Respondents shall either afford De Jesus Gutierrez an individualized bond hearing consistent with 8 U.S.C. § 1226(a) or release her. If Respondents release De Jesus Gutierrez, at least **five (5) hours** before

[1] Because the Court finds that De Jesus Gutierrez is entitled to relief on her assertion that Respondents violated the Immigration and Nationality Act, the Court need not address her remaining contentions. See Banks v. Dretke, 540 U.S. 668, 689 n.10 (2004) (declining to address an additional claim in a habeas petition after granting relief on another claim because "any relief [petitioner] could obtain on that claim would be cumulative").

releasing her, Respondents shall provide her with access to a telephone to arrange transportation from the detention facility.

2. The **Clerk** is directed to terminate any pending motions, enter judgment granting the Petition, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of September, 2026.

Marcia Morales Howard
**MARCIA MORALES HOWARD**
United States District Judge

Jax-9 9/11
c:
Rosa Estela De Jesus Gutierrez, #A216027585
Counsel of Record